No. 58373.—The Josebra Company et al. *v.* United States, protests 137419–K, etc. (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and the issues involved herein are similar in all respects to the facts and issues in Abstracts 57670 and 57671, the collector was directed to re-reliquidate the entries in accordance with the mandate of this court in its respective original decisions and to refund duties accordingly.

No. 58374.—The Lansdowne Distillery *v.* United States, protest 130020–K (Philadelphia).

Opinion by JOHNSON, J. It was stipulated that 97 cases, out of 5,000 cases of brandy imported, were manipulated in bonded warehouse at Philadelphia by repacking, resulting in 4,976 cases; that 4,976 cases were forwarded to Portland, Oreg., and upon information from the collector at that port, further allowance was made for 1.20 gallons; that duty was assessed on 12,000 gallons and internal revenue tax on 11,997 gallons; and that the actual number of gallons withdrawn from warehouse after manipulation was 11,941.20 gallons. Following *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

No. 58375.—Bloomingdale Bros., Inc., and Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protests 131181–K and 156323–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.